December 15, 2005

    Memo Re: Daniel O'Shea v. Local Union No. 639
            Civil No. JFM-05-937

Dear Counsel and Mr. O'Shea:

    I have reviewed the memoranda submitted in connection with plaintiff's "motion to retransfer." The motion is denied. In effect, it constitutes a motion for reconsideration of Judge Walton's order of transfer, and it should have been filed in the United States District Court for the District of Columbia prior to the transfer. In any event, plaintiff has stated no sound reasons to "retransfer" the case.

    I have also reviewed the memoranda submitted in connection with UPS's motion to dismiss or, in the alternative, to bifurcate and stay. I ask counsel for the Union to advise me on or before January 6, 2006 as to why it would not be appropriate for the Union to file a motion for summary judgment on plaintiff's §301 claim on the ground that, assuming that plaintiff was wrongfully discharged, the Union fully met its duty of fair representation during the arbitration proceedings. If such a motion were filed and ruled upon in the Union's favor, the somewhat close limitations issues would be mooted. Likewise, if the motion were filed and granted on that ground, unnecessary expense in litigating the merits of the discharge claim could be avoided.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

                                  Very truly yours,

                                  /s/

                                  J. Frederick Motz
                                  United States District Judge